# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: SPARKS, SUSAN M                                § Case No. 12-34483
                                                      §
                                                      §
                                                      §
Debtor(s)                                             §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $168,803.81                    Assets Exempt: $48,516.81
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,146.69       Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $1,946.25

---

3) Total gross receipts of $ 20,089.74 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,996.80 (see **Exhibit 2**), yielded net receipts of $9,092.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,946.25 | 1,946.25 | 1,946.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 7,146.69 | 7,146.69 | 7,146.69 |
| **TOTAL DISBURSEMENTS** | $0.00 | $9,092.94 | $9,092.94 | $9,092.94 |

4) This case was originally filed under Chapter 7 on August 30, 2012. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/08/2014          By: /s/JOHN E. GIERUM
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Probate interest in Mother's Estate | 1229-000 | 20,089.74 |
| **TOTAL GROSS RECEIPTS** | | **$20,089.74** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SPARKS, SUSAN M | First and Final Distribution | 8200-002 | 10,996.80 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$10,996.80** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 1,659.29 | 1,659.29 | 1,659.29 |
| Clerk of the United States Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Rabobank, N.A. | 2600-000 | N/A | 26.96 | 26.96 | 26.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,946.25** | **$1,946.25** | **$1,946.25** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-000 | N/A | 7,104.64 | 7,104.64 | 7,104.64 |
| 1I | American Express Centurion Bank | 7990-000 | N/A | 25.04 | 25.04 | 25.04 |
| 2 | American Express Bank, FSB | 7100-000 | N/A | 16.95 | 16.95 | 16.95 |
| 2I | American Express Bank, FSB | 7990-000 | N/A | 0.06 | 0.06 | 0.06 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $7,146.69 | $7,146.69 | $7,146.69 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-34483  
**Case Name:** SPARKS, SUSAN M  

**Period Ending:** 10/08/14

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 08/30/12 (f)  
**§341(a) Meeting Date:** 10/12/12  
**Claims Bar Date:** 01/16/14

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate located at 125 Alpine Highl, River,7  Imported from original petition Doc# 1 | 117,252.00 | 39,833.00 | | 0.00 | FA |
| 2 | Checking account with Great Lakes Credit Union  Imported from original petition Doc# 1 | 220.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account with Great Lakes Credit Union  Imported from original petition Doc# 1 | 1,100.00 | 0.00 | | 0.00 | FA |
| 4 | Business checking account with PNC Bank  Imported from original petition Doc# 1 | 1,100.00 | 0.00 | | 0.00 | FA |
| 5 | Security deposit with landlord, Riverside Manage  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous used household goods and furnishin  Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Personal used clothing  Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Teachers' Retirement System of the State of Illi  Imported from original petition Doc# 1 | 1,683.25 | 0.00 | | 0.00 | FA |
| 9 | Morgan Stanley Smith Barney - IRA  Imported from original petition Doc# 1 | 26,286.20 | 0.00 | | 0.00 | FA |
| 10 | USAA - IRA  Imported from original petition Doc# 1 | 14,560.36 | 0.00 | | 0.00 | FA |
| 11 | 2011 tax refund of $793.00  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | In November, 2011, debtor self-published The Stu  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 13 | 2005 Chrysler PT Cruiser with 82,000 miles  Imported from original petition Doc# 1 | 3,035.00 | 0.00 | | 0.00 | FA |
| 14 | 1997 Mazda 626 with 100,000 miles Paid in full V  Imported from original petition Doc# 1 | 709.00 | 0.00 | | 0.00 | FA |
| 15 | 2002 Dodge Durango with 100,000 miles Paid in fu  Imported from original petition Doc# 1 | 1,808.00 | 0.00 | | 0.00 | FA |
| 16 | Probate interest in Mother's Estate (u) | Unknown | 65,000.00 | | 20,089.74 | FA |
| **16** | **Assets    Totals** (Excluding unknown values) | **$168,803.81** | **$104,833.00** | | **$20,089.74** | **$0.00** |

Printed: 10/08/2014 02:09 PM    V.13.15

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-34483  
**Case Name:** SPARKS, SUSAN M  

**Period Ending:** 10/08/14

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 08/30/12 (f)  
**§341(a) Meeting Date:** 10/12/12  
**Claims Bar Date:** 01/16/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  December 31, 2015  **Current Projected Date Of Final Report (TFR):**  July 11, 2014  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-34483  
**Case Name:** SPARKS, SUSAN M  

**Taxpayer ID #:** **-***6992  
**Period Ending:** 10/08/14  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/14 | {16} | Susan Sparks | Probate Interest in Mother's Estate | 1229-000 | 20,089.74 | | 20,089.74 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.96 | 20,062.78 |
| 08/25/14 | 101 | JOHN E. GIERUM | Dividend paid 100.00% on $1,659.29, Trustee Compensation; Reference: | 2100-000 | | 1,659.29 | 18,403.49 |
| 08/25/14 | 102 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 18,143.49 |
| 08/25/14 | 103 | American Express Centurion Bank | First and Final Distribution | 7100-000 | | 7,104.64 | 11,038.85 |
| 08/25/14 | 104 | American Express Bank, FSB | First and Final Distribution Voided on 08/26/14 | 7100-000 | | 16.95 | 11,021.90 |
| 08/25/14 | 105 | American Express Centurion Bank | First and Final Distribution | 7990-000 | | 25.04 | 10,996.86 |
| 08/25/14 | 106 | SPARKS, SUSAN M | First and Final Distribution | 8200-002 | | 10,996.80 | 0.06 |
| 08/25/14 | 107 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided on 08/26/14 | 7990-000 | | 0.06 | 0.00 |
| 08/26/14 | 104 | American Express Bank, FSB | First and Final Distribution Voided: check issued on 08/25/14 | 7100-000 | | -16.95 | 16.95 |
| 08/26/14 | 107 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Voided: check issued on 08/25/14 | 7990-000 | | -0.06 | 17.01 |
| 08/26/14 | 108 | American Express Bank, FSB | | | | 17.01 | 0.00 |
| | | | 16.95 | 7100-000 | | | 0.00 |
| | | | 0.06 | 7990-000 | | | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 20,089.74 | 20,089.74 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 20,089.74 | 20,089.74 | |
| Less: Payments to Debtors | | 10,996.80 | |
| **NET Receipts / Disbursements** | **$20,089.74** | **$9,092.94** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ******2766** | 20,089.74 | 9,092.94 | 0.00 |
| | $20,089.74 | $9,092.94 | $0.00 |

{} Asset reference(s)

Printed: 10/08/2014 02:09 PM    V.13.15